## Johnson v. Coit & Company.

*1.* PRACTICE—*Appellate Court—Defective Record.*—It is not the province of the Appellate Court to set aside a judgment based upon a verdict rendered upon conflicting evidence, where no question is raised by the record, no instructions, and the single exception taken to the evidence s upon an immaterial question.

**Memorandum.** — Assumpsit for goods sold and delivered. Appeal from the Circuit Court of Cook County; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court at the March term, 1893, and affirmed. Opinion filed May 11, 1893.

The statement of facts is contained in the opinion of the court.

RICHOLSON, MATSON & PEASE, attorneys for appellant.

WEIGLEY, BULKLEY & GRAY, attorneys for appellee.

OPINION OF THE COURT, SHEPARD, J.

This was a suit at law for a balance claimed for goods sold and delivered by the appellee to the appellant.

No question of law is raised by the record. There were no instructions, and the single exception taken to the evidence, so far as the abstract discloses, was upon an immaterial question. Under such circumstances it is not the province of a reviewing court to set aside a judgment based upon a verdict rendered upon conflicting evidence. If there were merits in the case they are not pointed out.

For comments upon insufficient abstracts we refer to Tolman v. Dreyer, *supra*, page 143, and cases there cited.

The judgment of the Circuit Court will be affirmed.